PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT | |
|---|---|
| BY: ☐ INFORMATION  ☒ INDICTMENT | CASE NO. **23-260  SECT. T MAG.** |
| Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile  ☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added  ☐ Indictment  ☐ Charges/Counts Added  ☐ Information | USA vs. Defendant: Dequarius Hamer |
| Name of District Court, and/or Judge/Magistrate Location (City)  UNITED STATES DISTRICT COURT  DISTRICT OF LOUISIANA  EASTERN Divisional Office | Address: |
| Name and Office of Person Furnishing Information on THIS FORM: Donna V. Knight  ☒ U.S. Atty  ☐ Other U.S. Agency  Phone No. (504) 680-3000 | ☐ Interpreter Required   Dialect: _____ |
| Name of Asst. U.S. Attorney (if assigned): Stuart M. Theriot | Birth Date: 1988   ☒ Male  ☐ Female   ☐ Alien (if applicable) |
| **PROCEEDING** | |
| Name of Complainant Agency, or Person (& Title, if any): DEA | Social Security Number: xxx-xx-2428 |

| PROCEEDING (cont.) | DEFENDANT |
|---|---|
| ☐ person is awaiting trial in another Federal or State Court (give name of court) | Issue: ☒ Warrant  ☐ Summons |
| ☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District | Location Status:  Arrest Date _____ or Date Transferred to Federal Custody _____ |
| ☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:  ☐ U.S. Atty  ☐ Defense | ☐ Currently in Federal Custody  ☐ Currently in State Custody   ☐ Writ Required  ☐ Currently on bond  ☐ Fugitive |
| ☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.) | SHOW DOCKET NO. |
| ☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under | MAG. JUDGE CASE NO. |
| | Defense Counsel (if any): _____  ☐ FPD  ☐ CJA  ☐ RET'D  ☐ Appointed on Target Letter |
| Place of offense: Tangipahoa Parish  County | ☐ This report amends AO 257 previously submitted |

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts: 5 (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 21 U.S.C. §§ 841(b)(1)(A), 841(b)(1)(B), 841 (b)(1)(C) & 846 | Conspiracy to distr. & Poss. w/intent to distr. controlled substances | 1 |
| 4 | 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C) | Distribution of Cocaine | 2, 4 |
| 4 | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) | Distribution of Methamphetamine | 3 |
| 4 | 18 U.S.C. § 1001 | Making false statements | 5 |