**TO: DOCKET CLERK**

**23-260**

**_ MAGISTRATE CASE NUMBER**   **SECT. T MAG. 2**

**OR**

**X NO MAGISTRATE PAPERS WERE FOUND**

*for*

**NAME: DEQUARIUS HAMLER**

**Initials: PLH**

If you receive this note without any initials, please return the entire packet to criminal desk.

Thank you